UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID MILLER,  
      Plaintiff,

v.

PATRICIA ENGLUND,  
*individually and in her official capacity as Patrol Commander for the City of St. Paul Police Department,*

      Defendant.

CIVIL NO. 15-1865 (ADM/DTS)

ORDER

The Court has been advised that the above matter has been resolved.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that on or before April 13, 2017, the parties shall file their Stipulation of Dismissal and email a proposed Order regarding that Stipulation to District Judge Ann D. Montgomery for her review and signature.

Dated:    March 17, 2017

                              *s/ David T. Schultz*  
                              DAVID T. SCHULTZ  
                              United States Magistrate Judge