# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David Miller,

        Plaintiff,

vs.

Patricia Englund

        Defendant.

Case No. 15-cv-1865 (ADM/BRT)

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that all claims raised by Plaintiff in the above-referenced action have been resolved by settlement and that all claims shall be, and are, dismissed in their entirety, on the merits, with prejudice, and without costs, disbursements or fees to any party except as set out in the settlement agreement.

Dated: 3-20-17

        NATHAN W. KELLUM
        TN Bar #13482; MS Bar #8813
        *Attorney for Plaintiff*
        Center for Religious Expression
        699 Oakleaf Office Lane, Suite 107
        Memphis, TN 38117
        (901) 684-5485

Dated: 3/15/17

        SAMUEL J. CLARK
        City Attorney

        PORTIA HAMPTON-FLOWERS, #210869
        Deputy City Attorney
        *Attorneys for Defendant*
        750 City Hall and Court House
        15 West Kellogg Boulevard
        Saint Paul, MN 55102
        Telephone: (651) 266-8774
        Fax: (651) 266-8787
        Email: *portia.flowers@ci.stpaul.mn.us*