UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David Miller,                  Case No. 15-cv-1865 (ADM/DTS)

    Plaintiff,

vs.                                **ORDER**

Patricia Englund,

    Defendant.

---

The above matter comes before this Court on the parties' Stipulation for Dismissal (ECF No. 47). Based upon the submissions of the parties, this Court makes the following:

**ORDER**

All remaining claims in the above-captioned matter are hereby dismissed with prejudice. The parties shall bear their own costs and attorney's fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: March 22, 2017            s/Ann D. Montgomery
                                        Honorable Ann D. Montgomery
                                        United States District Court Judge