## UNITED STATES DISTRICT COURT
### District of Minnesota

David Miller

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 15-cv-1865
(ADM/DTS)

Patricia Englund

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

All remaining claims in the above-captioned matter are hereby dismissed with prejudice.

The parties shall bear their own costs and attorney's fees.

Date:  March 23, 2017

RICHARD D. SLETTEN, CLERK

s/L. Brennan
(By)  L. Brennan , Deputy Clerk